**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jeffrey George Marshall           Bankruptcy No. 22-11422-pmm
                Debtor                                    Chapter 13

**ORDER**

AND NOW, it is hereby ORDERED that the Motion of the above-named Debtor to Extend Time to File Documents is granted and the Debtor has until June 27, 2022 to file the missing documents.

Dated: 6/21/22                              BY THE COURT:

                                            _____
                                            Patricia M. Mayer
                                            United States Bankruptcy Judge