**PIAZZA HONDA OF READING**
915 Lancaster Ave
Reading, PA 19607

paylocity

Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| | June 2, 2022 | 12417 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits Type | Account | Amount |
|---|---|---|
| Branch Banking & Tru    C | ***7035 | 1,398.34 |
| Total Direct Deposits | | 1,398.34 |

46733    23-A-10    330000272  12417  12325          46733

Jeffrey G Marshall
124 Philadelphia Ave
Shillington, PA  19607

## Non Negotiable - This is not a check - Non Negotiable

### PIAZZA HONDA OF READING

**Jeffrey G Marshall**

| | | | | | Earnings Statement |
|---|---|---|---|---|---|
| Employee ID | 330000272 | Fed Taxable Income | 1,779.77 | Check Date | June 2, 2022 | Voucher Number | 12417 |
| Location | 23-A-10 | Fed Filing Status | S | Period Beginning | May 15, 2022 | Net Pay | 1,398.34 |
| Hourly | $23.00 | State Filing Status | M-0 | Period Ending | May 28, 2022 | Total Hours Worked | 82.15 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401k Match | | 0.00 | 2.87 | 32.38 |
| Holiday | | | | 176.00 |
| Overtime | 34.50 | 2.15 | 74.18 | 1,156.67 |
| PTO | | | | 1,012.00 |
| Regular | 23.00 | 80.00 | 1,840.00 | 19,239.77 |
| **Gross Earnings** | | **82.15** | **1,914.18** | **21,584.44** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 145.90 | 1,676.68 |
| MED | 26.08 | 294.59 |
| PA | 55.23 | 623.72 |
| PA-061301 | 23.39 | 264.12 |
| PA-REA8 | 2.00 | 22.00 |
| PASUI-E | 1.15 | 12.96 |
| SS | 111.53 | 1,259.61 |
| **Taxes** | **365.28** | **4,153.68** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 19.14 | 215.85 |
| Medical Ins | 115.27 | 1,267.97 |
| RELIANCE STD | 16.15 | 177.65 |
| **Deductions** | **150.56** | **1,661.47** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Branch Banking & Trust Company | C | ***7035 | 1,398.34 |
| **Total Direct Deposits** | | | **1,398.34** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| PTO Full | 76.00 | 44.00 |

**PIAZZA HONDA OF READING**
915 Lancaster Ave
Reading, PA 19607

paylocity

Direct Deposit Advice

|  | Check Date | Voucher Number |
|---|---|---|
|  | May 19, 2022 | 12334 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Branch Banking & Tru | C | ***7035 | 1,384.53 |
| Total Direct Deposits |  |  | 1,384.53 |

46733   23-A-10   330000272   12334   12247         46733

**Jeffrey G Marshall**
124 Philadelphia Ave
Shillington, PA  19607

## Non Negotiable - This is not a check - Non Negotiable

### PIAZZA HONDA OF READING

**Jeffrey G Marshall**                                                                                     **Earnings Statement**

| Employee ID | 330000272 | Fed Taxable Income | 1,761.55 | Check Date | May 19, 2022 | Voucher Number | 12334 |
| Location | 23-A-10 | Fed Filing Status | S | Period Beginning | May 1, 2022 | Net Pay | 1,384.53 |
| Hourly | $23.00 | State Filing Status | M-0 | Period Ending | May 14, 2022 | Total Hours Worked | 73.91 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401k Match |  | 0.00 | 2.84 | 29.51 |
| Holiday |  |  |  | 176.00 |
| Overtime | 34.50 | 1.03 | 35.54 | 1,082.49 |
| PTO | 23.00 | 8.00 | 184.00 | 1,012.00 |
| Regular | 23.00 | 72.88 | 1,676.24 | 17,399.77 |
| **Gross Earnings** |  | **81.91** | **1,895.78** | **19,670.26** |

| Taxes |  | Amount | YTD |
|---|---|---|---|
| FITW |  | 143.71 | 1,530.78 |
| MED |  | 25.82 | 268.51 |
| PA |  | 54.66 | 568.49 |
| PA-061301 |  | 23.15 | 240.73 |
| PA-REA8 |  | 2.00 | 20.00 |
| PASUI-E |  | 1.14 | 11.81 |
| SS |  | 110.39 | 1,148.08 |
| **Taxes** |  | **360.87** | **3,788.40** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 18.96 | 196.71 |
| Medical Ins | 115.27 | 1,152.70 |
| RELIANCE STD | 16.15 | 161.50 |
| **Deductions** | **150.38** | **1,510.91** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| Branch Banking & Trust Company | C   ***7035 | 1,384.53 |
| Total Direct Deposits |  | 1,384.53 |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| PTO Full | 76.00 | 44.00 |

---

PIAZZA HONDA OF READING | 915 Lancaster Ave  Reading, PA 19607 | 610-777-7601 | FEIN: 23-2193537 | PA: 06-26146

**PIAZZA HONDA OF READING**
915 Lancaster Ave
Reading, PA 19607

paylocity

Direct Deposit Advice

**Check Date**　April 7, 2022　　　**Voucher Number**　12011

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Branch Banking & Tru | C | ***7035 | 1,385.40 |
| **Total Direct Deposits** | | | **1,385.40** |

46733　23-A-10　330000272　12011　11947　　46733

Jeffrey G Marshall
124 Philadelphia Ave
Shillington, PA  19607

## Non Negotiable - This is not a check - Non Negotiable

### PIAZZA HONDA OF READING

**Jeffrey G Marshall**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | 330000272 | Fed Taxable Income | 1,762.69 | Check Date　April 7, 2022　　Voucher Number　12011 |
| Location | 23-A-10 | Fed Filing Status | S | Period Beginning　March 20, 2022　　Net Pay　1,385.40 |
| Hourly | $23.00 | State Filing Status | M-0 | Period Ending　April 2, 2022　　Total Hours Worked　81.65 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401k Match | | 0.00 | 2.85 | 20.98 |
| Holiday | | | | 176.00 |
| Overtime | 34.50 | 1.65 | 56.93 | 968.29 |
| PTO | | | | 276.00 |
| Regular | 23.00 | 80.00 | 1,840.00 | 12,564.71 |
| **Gross Earnings** | | **81.65** | **1,896.93** | **13,985.00** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 143.85 | 1,099.89 |
| MED | 25.83 | 191.08 |
| PA | 54.70 | 404.57 |
| PA-061301 | 23.16 | 171.31 |
| PA-REA8 | 2.00 | 14.00 |
| PASUI-E | 1.14 | 8.39 |
| SS | 110.46 | 817.04 |
| **Taxes** | **361.14** | **2,706.28** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 18.97 | 139.86 |
| Medical Ins | 115.27 | 806.89 |
| RELIANCE STD | 16.15 | 113.05 |
| **Deductions** | **150.39** | **1,059.80** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| Branch Banking & Trust Company | C　***7035 | 1,385.40 |
| **Total Direct Deposits** | | **1,385.40** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| PTO Full | 108.00 | 12.00 |

PIAZZA HONDA OF READING | 915 Lancaster Ave Reading, PA 19607 | 610-777-7601 | FEIN: 23-2193537 | PA: 06-26146

**PIAZZA HONDA OF READING**
915 Lancaster Ave
Reading, PA 19607

Direct Deposit Advice

paylocity

**Check Date**  May 5, 2022
**Voucher Number**  12214

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Branch Banking & Tru | C | ***7035 | 1,381.85 |
| Total Direct Deposits | | | 1,381.85 |

46733    23-A-10    330000272    12214    12137    46733

**Jeffrey G Marshall**
124 Philadelphia Ave
Shillington, PA  19607

**Non Negotiable - This is not a check - Non Negotiable**

## PIAZZA HONDA OF READING

**Jeffrey G Marshall**                                                                **Earnings Statement**

| Employee ID | 330000272 | Fed Taxable Income | 1,758.02 | Check Date | May 5, 2022 | Voucher Number | 12214 |
| Location | 23-A-10 | Fed Filing Status | S | Period Beginning | April 17, 2022 | Net Pay | 1,381.85 |
| Hourly | $23.00 | State Filing Status | M-0 | Period Ending | April 30, 2022 | Total Hours Worked | 65.67 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401k Match | | 0.00 | 2.84 | 26.67 |
| Holiday | | | | 176.00 |
| Overtime | 34.50 | 1.20 | 41.40 | 1,046.95 |
| PTO | 23.00 | 16.00 | 368.00 | 828.00 |
| Regular | 23.00 | 64.47 | 1,482.81 | 15,723.53 |
| **Gross Earnings** | | **81.67** | **1,892.21** | **17,774.48** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 143.29 | 1,387.07 |
| MED | 25.77 | 242.69 |
| PA | 54.55 | 513.83 |
| PA-061301 | 23.10 | 217.58 |
| PA-REA8 | 2.00 | 18.00 |
| PASUI-E | 1.14 | 10.67 |
| SS | 110.17 | 1,037.69 |
| **Taxes** | **360.02** | **3,427.53** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 18.92 | 177.75 |
| Medical Ins | 115.27 | 1,037.43 |
| RELIANCE STD | 16.15 | 145.35 |
| **Deductions** | **150.34** | **1,360.53** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Branch Banking & Trust Company | C | ***7035 | 1,381.85 |
| **Total Direct Deposits** | | | **1,381.85** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| PTO Full | 84.00 | 36.00 |

**PIAZZA HONDA OF READING**
915 Lancaster Ave
Reading, PA 19607

**paylocity**

Direct Deposit Advice

**Check Date** April 21, 2022
**Voucher Number** 12128

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Branch Banking & Tru | C | ***7035 | 1,385.65 |
| Total Direct Deposits | | | 1,385.65 |

46733   23-A-10   330000272 12128 12056        46733
**Jeffrey G Marshall**
124 Philadelphia Ave
Shillington, PA  19607

## Non Negotiable - This is not a check - Non Negotiable

### PIAZZA HONDA OF READING

**Jeffrey G Marshall**                                              **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 330000272 | Fed Taxable Income | 1,763.03 | Check Date | April 21, 2022 |
| Location | 23-A-10 | Fed Filing Status | S | Period Beginning | April 3, 2022 |
| Hourly | $23.00 | State Filing Status | M-0 | Period Ending | April 16, 2022 |

| | | | |
|---|---|---|---|
| Voucher Number | 12128 |
| Net Pay | 1,385.65 |
| Total Hours Worked | 73.95 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401k Match | | 0.00 | 2.85 | 23.83 |
| Holiday | | | | 176.00 |
| Overtime | 34.50 | 1.08 | 37.26 | 1,005.55 |
| PTO | 23.00 | 8.00 | 184.00 | 460.00 |
| Regular | 23.00 | 72.87 | 1,676.01 | 14,240.72 |
| **Gross Earnings** | | **81.95** | **1,897.27** | **15,882.27** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 143.89 | 1,243.78 |
| MED | 25.84 | 216.92 |
| PA | 54.71 | 459.28 |
| PA-061301 | 23.17 | 194.48 |
| PA-REA8 | 2.00 | 16.00 |
| PASUI-E | 1.14 | 9.53 |
| SS | 110.48 | 927.52 |
| **Taxes** | **361.23** | **3,067.51** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 18.97 | 158.83 |
| Medical Ins | 115.27 | 922.16 |
| RELIANCE STD | 16.15 | 129.20 |
| **Deductions** | **150.39** | **1,210.19** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Branch Banking & Trust Company | C | ***7035 | 1,385.65 |
| **Total Direct Deposits** | | | **1,385.65** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| PTO Full | 100.00 | 20.00 |

PIAZZA HONDA OF READING | 915 Lancaster Ave  Reading, PA 19607 | 610-777-7601 | FEIN: 23-2193537 | PA: 06-26146