Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606  

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680  

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 22-11422-PMM**

Jeffrey George Marshall  
124 Shillington Ave.  
Reading  PA   19607  

Petition Filed Date: 06/02/2022  
341 Hearing Date: 07/26/2022  
Confirmation Date:  

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/01/2022 | $195.00 | | | | | | | |

**Total Receipts for the Period: $195.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $195.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC  »» 001 | Unsecured Creditors | $1,338.15 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC  »» 002 | Unsecured Creditors | $1,154.46 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES  »» 003 | Unsecured Creditors | $996.96 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES  »» 004 | Unsecured Creditors | $1,247.53 | $0.00 | $0.00 |
| 0 | BRENNA H MENDELSOHN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 5 | ONE MAIN FINANCIAL  »» 005 | Unsecured Creditors | $4,001.21 | $0.00 | $0.00 |
| 6 | KATE S. KEOWN  »» 006 | Unsecured Creditors | $5,864.62 | $0.00 | $0.00 |
| 7 | GATEWAY MORTGAGE GROUP, LLC  »» 007 | Mortgage Arrears | $1,114.52 | $0.00 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT INC  »» 008 | Unsecured Creditors | $1,167.91 | $0.00 | $0.00 |
| 9 | MIDLAND CREDIT MANAGEMENT INC  »» 009 | Unsecured Creditors | $1,469.90 | $0.00 | $0.00 |
| 10 | CAVALRY SPV INVESTMENTS LLC  »» 010 | Secured Creditors | $1,765.28 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-11422-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $195.00 | Current Monthly Payment: | $195.00 |
| Paid to Claims: | $0.00 | Arrearages: | $195.00 |
| Paid to Trustee: | $15.60 | Total Plan Base: | $11,700.00 |
| Funds on Hand: | $179.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.