United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11422-pmm |
| Jeffrey George Marshall | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 27, 2022 | Form ID: 155 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey George Marshall, 124 Philadelphia Ave., Reading, PA 19607-2759 |
| 14695454 | + | David Apothaker, Esq., 520 Fellowship Rd., Suite 305 PO Box 5496, Mount Laurel, NJ 08054-3407 |
| 14695457 | + | Kate S. Keown, 637 Madison Street, Mohnton, PA 19540-1111 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14695452 | | Email/Text: tvotava@advancedcb.com | Oct 27 2022 23:54:00 | Advanced Collection Bureau, Inc., 1535 North Cogswell Street, Suite B-8, Po Box 560063, Rockledge, FL 32956 |
| 14695453 | + | Email/Text: bankruptcy@cavps.com | Oct 27 2022 23:54:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 14709742 | | Email/Text: bankruptcy@cavps.com | Oct 27 2022 23:54:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14708146 | + | Email/Text: bankruptcy@gatewayloan.com | Oct 27 2022 23:54:00 | Gateway Mortgage Group, LLC, 244 South Gateway Place, Jenks, OH 74037-3460 |
| 14695455 | + | Email/Text: bankruptcy@gatewayloan.com | Oct 27 2022 23:54:00 | Gateway Mortgage Group, LLC, Attn: Bankruptcy, 244 South Gateway Place, Jenks, OK 74037-3460 |
| 14699093 | ^ | MEBN | Oct 27 2022 23:48:19 | Gateway Mortgage, a division of Gateway First Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14695456 | + | Email/PDF: cbp@onemainfinancial.com | Oct 27 2022 23:54:44 | Household Finance Co/OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14697143 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2022 23:54:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14708733 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 27 2022 23:54:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14695458 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 27 2022 23:54:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14705331 | + | Email/PDF: cbp@onemainfinancial.com | Oct 27 2022 23:54:38 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 14695460 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2022 23:54:50 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14701853 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 27 2022 23:54:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14695462 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2022 23:54:45 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14696118 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 23:54:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14695459 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14695461 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14695463 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 29, 2022          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2022 at the address(es) listed below:

**Name** — **Email Address**

BRENNA HOPE MENDELSOHN
on behalf of Debtor Jeffrey George Marshall tobykmendelsohn@comcast.net

BRIAN CRAIG NICHOLAS
on behalf of Creditor Gateway Mortgage a division of Gateway First Bank bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jeffrey George Marshall
       Debtor(s)                                          Chapter: 13

                                                                           Bankruptcy No: 22−11422−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 27th day of October 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                 Patricia M. Mayer
                                                                 Judge ,
                                                                 United States Bankruptcy Court