UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: JEFFREY GEORGE MARSHALL  : Chapter 13
: 
       Debtor                     : Bankruptcy No.  22-11422-PMM

## ORDER

AND NOW, upon consideration of the Chapter 13 Trustee's Objection to Proof of Claim Number 1 of LVNV Funding, LLC. and any response, it is hereby ordered that the Objection is sustained.

The Proof of Claim No. 1 of LVNV Funding, LLC. is disallowed.

                                                              **BY THE COURT:**

Dated: **December 22, 2022**

                                                              **Patricia M. Mayer, Bankruptcy Judge**