UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  JEFFREY GEORGE MARSHALL        :  Chapter 13
                                       :
                    Debtor             :  Bankruptcy No.  22-11422-PMM

## **ORDER**

AND NOW, upon consideration of the Chapter 13 Trustee's Objection to Proof of Claim Number 4-1 of Portfolio Recovery Associates, LLC. and any response, it is hereby ordered that the Objection is sustained.

The Proof of Claim No. 4-1 of Portfolio Recovery Associates, LLC. is disallowed.

**BY THE COURT:**

Dated:  **December 22, 2022**

**Patricia M. Mayer, Bankruptcy Judge**