United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jeffrey George Marshall  
    Debtor

Case No. 22-11422-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Dec 22, 2022      Form ID: pdf900      Total Noticed: 4

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jeffrey George Marshall, 124 Philadelphia Ave., Reading, PA 19607-2759 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: gecsedi@recoverycorp.com | Dec 22 2022 23:57:48 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14695460 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2022 23:57:39 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14701853 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2022 23:57:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 24, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Jeffrey George Marshall tobykmendelsohn@comcast.net |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 22, 2022 | Form ID: pdf900 | Total Noticed: 4 |

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Gateway Mortgage  a division of Gateway First Bank bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: JEFFREY GEORGE MARSHALL  : Chapter 13
:
Debtor  : Bankruptcy No. 22-11422-PMM

### ORDER

AND NOW, upon consideration of the Chapter 13 Trustee's Objection to Proof of Claim Number 4-1 of Portfolio Recovery Associates, LLC. and any response, it is hereby ordered that the Objection is sustained.

The Proof of Claim No. 4-1 of Portfolio Recovery Associates, LLC. is disallowed.

BY THE COURT:

Dated: **December 22, 2022**

*Patricia M. Mayer*

**Patricia M. Mayer, Bankruptcy Judge**