| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 22-11422-PMM**

| | |
|---|---|
| Jeffrey George Marshall | Petition Filed Date: 06/02/2022 |
| 124 Shillington Ave. | 341 Hearing Date: 07/26/2022 |
| Reading  PA    19607 | Confirmation Date: 10/27/2022 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2023 | $195.00 | | 09/05/2023 | $195.00 | | 10/05/2023 | $195.00 | |
| 11/06/2023 | $195.00 | | 12/05/2023 | $195.00 | | 01/05/2024 | $195.00 | |
| 02/05/2024 | $195.00 | | 03/06/2024 | $195.00 | | 04/04/2024 | $195.00 | |
| 05/06/2024 | $195.00 | | 06/04/2024 | $195.00 | | 07/08/2024 | $195.00 | |

**Total Receipts for the Period: $2,340.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,070.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $4,125.00 | $4,125.00 | $0.00 |
| 5 | ONE MAIN FINANCIAL GROUP LLC<br>»» 005 | Unsecured Creditors | $4,001.21 | $0.00 | $4,001.21 |
| 6 | KATE S. KEOWN<br>»» 006 | Unsecured Creditors | $5,864.62 | $0.00 | $5,864.62 |
| 7 | LOANCARE SERVICING CENTER<br>»» 007 | Mortgage Arrears | $1,114.52 | $187.62 | $926.90 |
| 8 | MIDLAND CREDIT MANAGEMENT INC<br>»» 008 | Unsecured Creditors | $1,167.91 | $0.00 | $1,167.91 |
| 9 | MIDLAND CREDIT MANAGEMENT INC<br>»» 009 | Unsecured Creditors | $1,469.90 | $0.00 | $1,469.90 |
| 10 | CAVALRY SPV INVESTMENTS LLC<br>»» 010 | Secured Creditors | $1,765.28 | $297.18 | $1,468.10 |

**Chapter 13 Case No. 22-11422-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,070.00 | Current Monthly Payment: | $195.00 |
| Paid to Claims: | $4,609.80 | Arrearages: | $0.00 |
| Paid to Trustee: | $460.20 | Total Plan Base: | $11,700.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.