Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Jeffrey George Marshall
124 Shillington Ave.
Reading, PA 19607

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 22-11422-PMM**

Petition Filed Date: 06/02/2022
341 Hearing Date: 07/26/2022
Confirmation Date: 10/27/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2025 | $195.00 | | 09/03/2025 | $195.00 | | 10/03/2025 | $195.00 | |
| 11/03/2025 | $195.00 | | 12/04/2025 | $195.00 | | 01/05/2026 | $195.00 | |
| 02/02/2026 | $195.00 | | 03/05/2026 | $195.00 | | 04/02/2026 | $195.00 | |
| 05/04/2026 | $195.00 | | 06/02/2026 | $195.00 | | 07/06/2026 | $195.00 | |

**Total Receipts for the Period: $2,340.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $9,750.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $4,125.00 | $4,125.00 | $0.00 |
| 5 | ONEMAIN FINANCIAL GROUP LLC<br>»» 005 | Unsecured Creditors | $4,001.21 | $617.78 | $3,383.43 |
| 6 | KATE S. KEOWN<br>»» 006 | Unsecured Creditors | $5,864.62 | $905.58 | $4,959.04 |
| 7 | LOANCARE SERVICING CENTER<br>»» 007 | Mortgage Arrears | $1,114.52 | $1,114.52 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT INC<br>»» 008 | Unsecured Creditors | $1,167.91 | $180.32 | $987.59 |
| 9 | MIDLAND CREDIT MANAGEMENT INC<br>»» 009 | Unsecured Creditors | $1,469.90 | $226.98 | $1,242.92 |
| 10 | CAVALRY SPV INVESTMENTS LLC<br>»» 010 | Secured Creditors | $1,765.28 | $1,765.28 | $0.00 |

**Chapter 13 Case No. 22-11422-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,750.00 | Current Monthly Payment: | $195.00 |
| Paid to Claims: | $8,935.46 | Arrearages: | $0.00 |
| Paid to Trustee: | $814.54 | Total Plan Base: | $11,700.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.